**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, AND THE LOS ANGELES ELECTRICAL WORKERS CREDIT UNION, <br><br> Plaintiffs, <br><br> vs. <br><br> CERTIFIED CRANE SERVICES, INC., a California corporation, <br><br> Defendant. | CASE NO.: CV13- 02290 R (AGR) <br><br> ASSIGNED TO THE HONORABLE MANUEL L. REAL <br><br> **AMENDED JUDGMENT** <br><br> [FED. R. CIV. PROC. 55(b)(2)] |

///

///

- -

**[PROPOSED] AMENDED JUDGMENT**

This action having been commenced on March 29, 2013, and an initial judgment having been entered herein on July 26, 2013, and the Court having approved the stipulation for entry of <u>amended</u> judgment in favor of plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, et al., and against defendant, Certified Crane Services, Inc., a California corporation, and for good cause shown,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

(1)  Plaintiffs TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, and the LOS ANGELES ELECTRICAL WORKERS CREDIT UNION shall recover from defendant CERTIFIED CRANE SERVICES, INC. a California corporation, the principal amount of $24,649.69, plus pre-judgment and post-judgment interest thereon at the rate of eight percent (8%) per annum accruing from November 1, 2013, until the judgment is paid in full.

(2)  This judgment supersedes the Initial Judgment.

Dated: <u>December 18, 2013</u>              _____
                                                                   UNITED STATES DISTRICT COURT JUDGE

**[PROPOSED] <u>AMENDED</u> <u>JUDGMENT</u>**